UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | MAGISTRATE NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 641 |
| **SHARON DAVIS,** | : | (Theft of Public Money) |
| | : | |
| Defendant. | : | |
| | : | |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**
**(Theft of Public Money)**

At all times material to the Information:

1.   The United States Department of Agriculture (USDA) is a federal agency of the United States of America and organized under the laws of the United States.  Its principal headquarters and situs of its operations is located within the District of Columbia at Independence Avenue and 14th Street, N.W.

2.   In order to conduct its affairs and meet the mission of the Agency, USDA maintains various time and attendance records to keep track of the hours worked by employees of USDA.

3.   Because USDA is a federal agency, its employees are paid with Treasury checks that are drawn from the United States Treasury.

4.   Defendant Sharon Davis is an adult female who from approximately 1989 until 2003 was employed by the USDA as a Program Assistant at the USDA's Office of Competitive Programs in the District of Columbia.

7. While employed at the USDA in the District of Columbia, Sharon Davis without authority knowingly embezzled, stole, purloined and converted money belonging to the USDA.

8. Beginning in September of 2002 and through April of 2003, Ms. Davis was assigned the task of keeping the time and attendance records used by USDA to keep track of employees' work hour and that were used to calculate and pay their salaries. During this period, Ms. Davis engaged in a pattern of embezzlement where she falsified her own time and attendance sheets by adding hours of overtime that she did not in fact work. This resulted in her salary being increased during said pay periods.

9. Between September of 2002 and April of 2003, in the District of Columbia, defendant Sharon Davis did embezzle, steal, purloin and knowingly convert to her use and the use of another money of the United States and of any Department and agency thereof, that is the USDA, in that she forged the time attendance sheets used to pay her own salary and wrongfully obtained the funds by depositing them into her own personal bank account.

**(Theft of Public Money, in violation of Title 18, United States Code, Section 641)**

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

By: _____
MICHAEL T. TRUSCOTT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, D.C. 20530
(202) 514-7533