UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No.: |
| | : | |
| | : | 18 U.S.C. § 641 |
| SHARON DAVIS, | : | (Theft of Public Money) |
| | : | |
| Defendant. | : | |
| _____ | : | |

## STATEMENT OF OFFENSE

Had this case gone to trial, the United States was prepared to prove beyond a reasonable doubt that the United States Department of Agriculture (USDA) is a federal agency and organized under the laws of the United States. Its principal headquarters and situs of its operations is located within the District of Columbia at Independence Avenue and 14th Street, N.W.     In order to conduct its affairs and meet the mission of the Agency, USDA maintains various time and attendance records to keep track of the hours worked by employees of USDA. Because USDA is a federal agency, its employees are paid with checks that are drawn from the United States Treasury. The defendant, Sharon Davis, was employed by the USDA from 1989 to 2003 as a Program Assistant in the USDA's Office of Competitive Programs in the District of Columbia.. Beginning in September of 2002 and through April of 2003, Ms. Davis was assigned the task of keeping the time and attendance records used by USDA to keep track of employees' work hours and that were used to calculate and pay their salaries. During this period, Ms. Davis falsified her own time and attendance sheets by adding hours of overtime that she did not in fact work. This resulted in her salary being increased during said pay periods.

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Danielle Jahn, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: _7/24/06_             _____
                                           SHARON DAVIS
                                           Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: _7/24/06_             _____
                                           DANIELLE JAHN
                                           Attorney for Defendant