**FILED**

FEB 2 0 2007

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Sharon Davis**                                  Docket No.: **06-296M-01**

REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** that Sharon Davis shall make payments to the remaining restitution balance during the term of probation of no less than $150.00 per month effective February 1, 2007.

ORDER OF COURT

Considered and ordered this \_\_15th\_\_ day of February, 2007.

_____
Deborah A. Robinson
United States Magistrate Judge

2/15/07
Date